# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 10−62877−mlo
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Norman Barry
   22875 Talford
   Novi, MI 48375

Social Security No.:
   xxx−xx−6858

Employer's Tax I.D. No.:

## ORDER OF REASSIGNMENT

On August 17, 2016, the Bankruptcy Court entered Administrative Order 16−05, regarding the appointment of Judge Maria L. Oxholm and assignment of cases and proceedings. Pursuant to Administrative Order 16−05, the Clerk of Court shall reassign to Judge Maria L. Oxholm the pending Chapter 7, Chapter 11, Chapter 12, Chapter 13 and Chapter 15 cases previously assigned to Judge Walter Shapero.

**IT IS HEREBY ORDERED** that the above entitled case be removed from the docket of Judge Walter Shapero and transferred to the docket of Judge Maria L. Oxholm.

| BY THE COURT | BY THE COURT |
|---|---|
| /s/ Walter Shapero | /s/ Maria L. Oxholm |
| United States Bankruptcy Judge | United States Bankruptcy Judge |

Dated: 10/20/16