Form:reasMLO2

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

---

Case No.: 10−62877−mlo
Chapter: 13

In Re: (NAME OF DEBTOR(S))
    Norman Barry
    22875 Talford
    Novi, MI 48375

Social Security No.:
    xxx−xx−6858

Employer's Tax I.D. No.:

---

**ORDER OF REASSIGNMENT**

On August 17, 2016, the Bankruptcy Court entered Administrative Order 16−05, regarding the appointment of Judge Maria L. Oxholm and assignment of cases and proceedings. Pursuant to Administrative Order 16−05, the Clerk of Court shall reassign to Judge Maria L. Oxholm the pending Chapter 7, Chapter 11, Chapter 12, Chapter 13 and Chapter 15 cases previously assigned to Judge Walter Shapero.

**IT IS HEREBY ORDERED** that the above entitled case be removed from the docket of Judge Walter Shapero and transferred to the docket of Judge Maria L. Oxholm.

| | |
|---|---|
| BY THE COURT | BY THE COURT |
| /s/ Walter Shapero | /s/ Maria L. Oxholm |
| United States Bankruptcy Judge | United States Bankruptcy Judge |

Dated: 10/20/16

In re:                                                        Case No. 10-62877-mlo
Norman Barry                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2    User: nsmit    Page 1 of 2    Date Rcvd: Oct 20, 2016
                 Form ID: reasMLO2    Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2016.
```
db              +Norman Barry,    22875 Talford,    Novi, MI 48375-4536
19078319       ++ANN ARBOR CREDIT BUREAU INC,    PO BOX 7820,    ANN ARBOR MI 48107-7820
                 (address filed with court:  Ann Arbor Credit Bureau,    311 N. Main Street,
                 Ann Arbor, MI 48104)
19078320        +Arrow Financial Services,    5996 W. Touhy Avenue,    Niles, IL 60714-4610
19078322         CHASE,    P.O. Box 9001008,    Louisville, KY 40290-1008
19078321        +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
19078325        +GMAC,    P.O. Box 33115,    Knoxville, TN 37930-3115
19078329        +Lakewoode Parkhomes Association,    c/o Meisner & Associates PC,    30200 Telegraph Ste 467,
                 Franklin, MI 48025-4506
19347002        +Lakewoode Parkhomes Condominium Association,    C/o Meisner & Associates, P.C.,
                 30200 Telegraph Rd., Ste. 467,    Bingham Farms, MI 48025-4506
19078331        +Money Recovery Nationwide,    801 S. Waverly Rd., Ste. 100,    Lansing, MI 48917-4200
19433363         Oakland County Treasurer,    c/o Calhoun & DiPonio, PLC,    31000 Telegraph Road, Suite 280,
                 Bingham Farms, MI 48025-4319
19610475         Ocwen Loan Servicing, LLC,    Attn: Cashiering Department,    P.O. Box 24781,
                 West Palm Beach, FL 33416-4781
19078334        +Unifund CCR Partners,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
19078326       ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
                 (address filed with court:  HomeQ Servicing,    P.O. Box 13716,    Sacramento, CA 95853)
19169426        +Wells Fargo Bank, National Association, as Trustee,    c/o Rosicki Rosicki & Associates P.C.,
                 51 East Bethpage Road,,    Plainview, NY 11803-4224
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/Text: roarkd@oakgov.com Oct 20 2016 22:14:11     Oakland County Treasurer,
                 1200 N. Telegraph Road,    Pontiac, Mi 48341-0479
19078318         E-mail/Text: ascb@comcast.net Oct 20 2016 22:13:40     All State Credit Bureau,
                 19315 W. 10 Mile Rd.,    Southfield, MI 48075-2452
19078323         E-mail/Text: bankruptcy_notices@cmsenergy.com Oct 20 2016 22:14:15     Consumers Energy,
                 Lansing, MI 48937-0001
19078324         E-mail/Text: mrdiscen@discover.com Oct 20 2016 22:13:38     Discover Financial Services,
                 PO Box 3008,    New Albany, OH 43054-3008
24346509        +E-mail/Text: cmecf@dilksknopik.com Oct 20 2016 22:14:46     Dilks & Knopik, LLC,
                 35308 SE Center Street,    Snoqualmie, WA 98065-9216
19087156         E-mail/Text: mrdiscen@discover.com Oct 20 2016 22:13:38     Discover Bank,  Dfs Services LLC,
                 PO Box 3025,    New Albany, OH  43054-3025
19385820        +E-mail/Text: ally@ebn.phinsolutions.com Oct 20 2016 22:13:37     GMAC,    PO BOX 130424,
                 ROSEVILLE, MN 55113-0004
19078327         E-mail/Text: bankruptcy@icsystem.com Oct 20 2016 22:14:38     I.C. System Inc.,
                 444 Highway 96 E.,    Saint Paul, MN 55127-2557
19078328         E-mail/Text: cio.bncmail@irs.gov Oct 20 2016 22:13:43     Internal Revenue Service,
                 P.O. Box 21126,    Philadelphia, PA 19114
19264046         E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 20 2016 22:14:19     Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
19157930        +E-mail/Text: roarkd@oakgov.com Oct 20 2016 22:14:11     OAKLAND COUNTY TREASURER,
                 1200 N TELEGRAPH,    DEPT 479,    PONTIAC,  MI 48341-0479
19078332        +E-mail/PDF: rmscedi@recoverycorp.com Oct 20 2016 22:10:12     Recovery Management,
                 25 SE 2nd Ave,    Miami, FL 33131-1605
19368330         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 20 2016 22:10:13     Regional Acceptance,
                 PO Box 1847,    Wilson, NC  27894-1847
19078333        +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 20 2016 22:10:13     Regional Acceptance Corporation,
                 266 Beacon,    Winterville, NC 28590-7924
                                                                                              TOTAL: 14
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Ocwen Loan Servicing, LLC
cr               Wells Fargo Bank
19078330         Medical Business Bureau
cr*             +Lakewoode Parkhomes Condominium Association,    C/o Meisner & Associates, P.C.,
                 30200 Telegraph Rd., Ste. 467,    Bingham Farms, MI 48025-4506
19169462*       +Wells Fargo Bank, National Association, as Trustee,    c/o Rosicki Rosicki & Associates P.C.,
                 51 East Bethpage Road,,    Plainview, NY 11803-4224
19493050       ##+United Credit Recovery,    P.O. Box 953245,    Lake Mary, FL 32795-3245
                                                                                   TOTALS: 3, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2016 at the address(es) listed below:

        Brian Ronald Harris    on behalf of Creditor    Lakewoode Parkhomes Condominium Association  bharris@meisner-law.com, ccoughlin@meisner-law.com;sgoodnight@meisner-law.com
        Elizabeth Kanous    on behalf of Creditor    Ocwen Loan Servicing, LLC  bknotices-edm@potestivolaw.com
        Ethan D. Dunn    on behalf of Debtor Norman Barry bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com;bankruptcy.mdplc@gmail.com
        Kevin C. Calhoun    on behalf of Creditor    Oakland County Treasurer kevin@lawyermich.com, kcalhoun@lawyermich.com;lmoll@lawyermich.com
        Kristy Steffani    on behalf of Creditor    Ocwen Loan Servicing, LLC  bknotices-edm@potestivolaw.com
        Rose Marie Brook    on behalf of Creditor    Wells Fargo Bank bankruptcy@fabriziobrook.com
        Tammy L. Terry    mieb_ecfadmin@det13.net

        TOTAL: 7