UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:
Norman Barry    Case No.   10-62877-MLO
                Chapter    13

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of Two Hundred fourteen and 45/100 dollars ($214.45) of unclaimed funds held in the U.S. Treasury to:

> Dilks & Knopik, LLC
> 35308 SE Center Street
> Snoqualmie, WA  98065

.

Signed on December 08, 2016

_/s/ Maria L. Oxholm_
Maria L. Oxholm
United States Bankruptcy Judge